B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Eastern District of Michigan, Southern Division

IN RE: Kazi Foods Of New York, Inc.
Debtor(s)

Case No. _____
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| BIG APPLE KFC AD GROUP INC<br>WINDRAM ENTERPRISES, INC<br>P O BOX 374<br>PAWLING, NY 12564-067 | (845) 855-0792 | | | 389,992.82 |
| MCLANE FOODSERVICE, INC<br>2085 MIDWAY ROAD<br>CARROLLTON, TX 75006-50 | (800) 737-8644 | | | 269,337.99 |
| NEWMAN'S REFRIGERATED SERVICE<br>351 ROOSEVELT AVENUE<br>CARTERET, NJ 07008 | (732) 541-7900 | | | 96,242.03 |
| KFC NATIONAL CO-OP ADV PROGRAM<br>1941 BISHOP LANE<br>SUITE 1000<br>LOUISVILLE, KY 40218-194 | | | | 87,391.91 |
| UPSTATE NY AD CO-OP<br>LEVLANE ADVERTISING<br>100 PENN SQUARE EAST<br>PHILADELPHIA, PA 19107 | | | | 81,882.62 |
| UNIFIED FOODSERVICE PURCH COOP<br>PO BOX 32033<br>LOUISVILLE, KY 40232 | (502) 896-5892 | | | 58,968.99 |
| BRINKS INCORPORATED<br>ATTN: NICOLE COOPER<br>555 DIVIDEND DRIVE, SUITE 100<br>COPPELL, TX 75019 | | | | 58,435.90 |
| SCHEPISI&MCLAUGHLIN, P A<br>PO BOX 1313<br>ENGLEWOOD CLIFFS, NJ 07632-131 | | | | 52,344.46 |
| ISU INSURANCE SERVICES OF IRVINE<br>18022 Cowan<br>Suite 225<br>IRVINE, CA 92614 | (949) 419-2100 | | | 25,558.40 |
| SUPERIOR TECH HVAC & R, INC<br>366 MECHANIC STREET<br>ORANGE, NJ 07050 | (973) 676-0867 | | | 21,482.36 |
| CHUBB SERVICES, INC.<br>Attn: Replenishment Acct<br>15 MOUNTAIN VIEW RD<br>WARREN, NJ 07059 | (908) 903-7149 | | | 21,299.52 |
| POWER MAN, INC. C O A<br>43 DURYEA AVENUE<br>MOUNT VERNON, NY 10550 | (800) 946-5290 | | | 19,955.37 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| MICHAEL SCHAD<br>125 LONGDALE DRIVE<br>LIVERPOOL, NY 13090 | (315) 299-4303 | 15,590.48 |
| RICHARD & SON<br>RICHARD STANIGER<br>176 RENNER AVE<br>NEWARK, NJ 07112-21 | | 11,555.15 |
| JAMES M DONEGAN<br>PO BOX 669<br>ALEXANDRIA BAY, NY 13607 | (315) 482-9917 | 10,889.00 |
| FARR BETTER SERVICE<br>10576 POWELL ROAD<br>HOLLAND PATENT, NY 13354 | (315) 896-2835 | 9,737.93 |
| EAST DRIVE ENTERPRISES INC<br>80 NEW POINT PLACE<br>AMITYVILLE, NY 11701 | | 9,655.00 |
| SJU PROPERTY HOLDINGS LLC<br>26 SOUTH VALLEY ROAD<br>WEST ORANGE, NJ 07052 | (973) 242-2520 | 8,503.68 |
| PACE MECHANICAL SERVICE INC<br>3236 OLINVILLE AVENUE<br>BRONX, NY 10467 | (917) 515-1091 | 8,443.23 |
| MCGLADERY & PULLEN, LLP<br>100 NE Third Avenue<br>Suite 300<br>FORT LAUDERDALE, FL 33301-115 | (954) 462-6300 | 7,982.88 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3/18/11   Signature: *[signature]*

Laura A. Marcero, CRO

(Print Name and Title)