UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| KAZI FOODS OF NEW YORK, INC., | ) | Case No. 11-47551 |
| Debtor. | ) | |
| | ) | Judge Thomas J. Tucker |

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| KAZI FOODS OF ANNAPOLIS, INC., | ) | Case No. 11-47556 |
| Debtor. | ) | |
| | ) | Judge Thomas J. Tucker |

## COVERSHEET FOR FIRST DAY JOINT MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF UNENCUMBERED CASH, OR IN THE ALTERNATIVE, CASH COLLATERAL AND (B) GRANTING ADEQUATE PROTECTION

The Debtors have filed their First Day Joint Motion for (I) Expedited Relief and (II) Interim and Final Orders (A) Authorizing Debtors' Use of Unencumbered Cash or, In the Alternative, Cash Collateral and (B) Granting Adequate Protection ("Motion"), a copy of which is attached to this Cover Sheet. In accordance with LBR 4001-2(b) (E.D.M.), the Debtor has identified below, by page and paragraph number, the location in the proposed order accompanying the Motion of each of the following provisions:

| PROVISION | Contained in proposed order | Location in Proposed Order |
| --- | --- | --- |
| (1) Provisions that grant liens on the estate's claims and causes of action arising under Chapter 5 of the Code. | ___ Yes<br><br>_X_ No | |
| (2) Provisions that grant cross-collateralization protection to the pre-petition secured creditor (i.e., clauses that secure pre-petition debt with categories of collateral that were not covered by the secured party's lien pre-petition) other than liens granted solely as adequate protection against diminution in value of a pre-petition creditor's collateral. | ___Yes<br><br>_X_ No | |

{2648221:}1

| | | |
|---|---|---|
| (3) Provisions that establish a procedure or conditions for relief from the automatic stay. | ____ Yes<br><br>_X_ No | |
| (4) Provision regarding the validity or perfection of a secured creditor's pre-petition liens or that release claims against a secured creditor. | ____ Yes<br><br>_X_ No | |
| (5) Provisions that prime any lien without that lien holder's consent. | ____ Yes<br><br>_X_ No | |
| (6) Provisions that relate to a sale of substantially all of the Debtor's assets. | ____ Yes<br><br>_X_ No | |
| (7) Provisions for the payment of professional fees of the Debtor or any committees, including any carve-outs for such payments. | _X_ Yes<br><br>____ No | Paragraph 3, Page 3 |
| (8) Provisions for the payment of pre-petition debt. | ____ Yes<br><br>_X_ No | |
| (9) Provisions that waive the Debtor's exclusive right to file or solicit acceptances of a plan during the time periods specified in 11 U.S.C. § 1121. | ____ Yes<br><br>_X_ No | |
| (10) Provisions that require the Debtor's plan to be on term acceptable to the secured creditor. | ____ Yes<br><br>_X_ No | |
| (11) Provisions that require or prohibit specific terms in the Debtor Plan. | ____ Yes<br><br>_X_ No | |
| (12) Provisions establishing that proposing a plan inconsistent with the order constitutes a default. | ____ Yes<br><br>_X_ No | |
| (13) Provisions that waive surcharge under 11 U.S.C. §506(c). | ____ Yes<br><br>_X_ No | |
| (14) Provisions that address the rights and obligations of guarantors or co-obligors. | ____ Yes<br><br>_X_ No | |
| (15) Provisions that prohibit the Debtor from seeking approval to use cash collateral without the secured | ____ Yes | |

| | | |
|---|---|---|
| creditor's consent. | __X__ No | |
| (16) Provisions that purport to bind a subsequent trustee. | ____ Yes<br><br>__X__ No | |
| (17) Provisions that obligate the Debtor to pay any of a secured creditor's professional fees. | ____ Yes<br><br>__X__ No | |

Respectfully submitted,

MCDONALD HOPKINS PLC


_/s/ Stephen M. Gross_
Stephen M. Gross (P35410)
Jeffrey S. Grasl (P62550)
Jayson B. Ruff (P69893)
*Proposed Counsel for Debtors*
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 483040
Phone: (248) 646-5070
Email: sgross@mcdonaldhopkins.com
jgrasl@mcdonaldhopkins.com
jruff@mcdonaldhopkins.com

Dated: March 17, 2011

{2648221:}3