UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KAZI FOODS OF NEW YORK, INC., | ) | Case No. 11-47551 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Thomas J. Tucker |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KAZI FOODS OF ANNAPOLIS, INC., | ) | Case No. 11-47556 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Thomas J. Tucker |

**ORDER AUTHORIZING JOINT ADMINISTRATION
OF THE DEBTORS' CHAPTER 11 CASES**

These cases coming before the Court on the *First Day Motion of Debtors for Entry of an Administrative Order Directing Joint Administration of the Debtors' Chapter 11 Cases* (the "Motion"), filed by the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"); the Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (b) the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; (c) the joint administration of the Debtors' cases is appropriate pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1015-1 (E.D.M.); and (d) service and notice of the Motion was sufficient under the circumstances; and the Court being fully advised in the premises and

having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion shall be, and hereby is, GRANTED.

2. The Debtors' respective captioned and numbered cases shall be jointly administered under the case number assigned to Kazi Foods of Michigan, Inc. in accordance with Fed. R. Bankr. P. 1015(b) and Local Bankruptcy Rule 1015-1 (E.D.M.).

3. The caption of the jointly administered cases is to read as follows:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **KAZI FOODS OF MICHIGAN, INC.** *et al.*[1] | ) ) | Case No. 11-43971 *(jointly administered)* |
| | ) | |
| **Debtors.** | ) ) | Judge Thomas J. Tucker |

---

[1] Debtors include Kazi Foods of Michigan, Inc., Case No. 11-43971; Kazi Foods of Florida, Inc., Case No 11-43986; Kazi Foods of New York, Inc., Case No. 11-47551; and Kazi Foods of Annapolis, Inc., Case No. 11-47556.

4. A docket entry shall be made in each of the above-captioned chapter 11 cases substantially as follows:

> An order (the "Joint Administration Order") has been entered in accordance with Fed. R. Bank.R. 1015(d) directing the joint administration of the following cases under case number 11-43971: Kazi Foods of Michigan, Inc., Case No. 11- 43971; Kazi Foods of Florida, Inc., Case No. 11-43986; Kazi Foods of New York, Inc., Case No. 11-47551; and Kazi Foods of Annapolis, Inc., Case No. 11-47556.

5. A creditor filing a proof of claim against any of the Debtors or their respective estates shall file such proof of claim in the particular bankruptcy case of the Debtor against whom such claim is asserted and not in the jointly administered case.

6. Notwithstanding Fed. R. Bankr. P. 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

.

**Signed on March 24, 2011**

                                                                /s/ Steven Rhodes
                                                                **Steven Rhodes**
                                                                 **United States Bankruptcy Judge**